**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEATLH AND HUMAN SERVICES, <br><br> and <br><br> OFFICE OF MANAGEMENT AND BUDGET <br><br> *Defendants*. | Case No. 17-cv-01448 (ABJ) |

**JOINT STATUS REPORT**

The parties, by and through their undersigned counsel, respectfully submit the following pursuant to the Court's November 17, 2017 minute order:

Defendants, the Department of Health and Human Services ("HHS") and the Office of Management and Budget ("OMB"), have continued to review documents that are potentially responsive to Plaintiff American Oversight's Freedom of Information Act ("FOIA") requests and make productions of responsive, non-exempt material according to the schedule set out in the status reports and minute orders from this case. Specifically, OMB has reviewed 1,000 of the 1,912 documents the agency initially identified as potentially responsive. The agency's next production, which will reflect its review of at least another 500 documents, is due on January 16, 2018. OMB anticipates making its final production on February 15, 2018. HHS has completed processing all of the documents it had identified as potentially responsive as of the filing of the

1

November 16, 2017 status report.[1]  *See* ECF No. 10.  HHS has since identified two additional potentially responsive documents.  Those documents are the only potentially responsive documents (of which HHS is aware) that remain to be processed at HHS for this FOIA request.  The agency intends to process them and make any final production of responsive, non-exempt material by January 29, 2018.

The parties anticipate that they will file cross-motions for summary judgment after Defendants have produced all remaining responsive, non-exempt material.  The parties respectfully propose that they submit a proposed summary judgment briefing schedule within a week after Defendants complete their final production.

| | |
|---|---|
| Dated:  January 12, 2018 | Respectfully submitted, |
| */s/ Sara Kaiser Creighton* | CHAD A. READLER |
| Sara Kaiser Creighton | Acting Assistant Attorney General |
| D.C. Bar No. 1002367 | |
| AMERICAN OVERSIGHT | MARCIA BERMAN |
| 1030 15th Street NW, B255 | Assistant Branch Director |
| Washington, DC 20005 | |
| (202) 869-5246 | */s/ Michael H. Baer* |
| sara.creighton@americanoversight.org | MICHAEL H. BAER |
| *Counsel for Plaintiff* | Trial Attorney (New York Bar No. 5384300) |
| | U.S. Department of Justice, |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue, NW |
| | Washington, D.C. 20530 |
| | Telephone:    (202) 305-8573 |
| | Facsimile:     (202) 616-8460 |
| | E-mail:          Michael.H.Baer@usdoj.gov |

---

[1] The November 16 status report indicated that HHS had identified "approximately 3,178" potentially responsive documents.  After further review, that number was determined to be 3,135 potentially responsive documents.